JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PUBLIC DESIRE LIMITED, ) <br> ) <br> Defendant. ) | Case No. CV 20-7573 FMO (JEMx) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 17th day of January, 2023.

/s/
Fernando M. Olguin
United States District Judge